**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DANIEL NEGRETE,<br><br>Plaintiff,<br><br>v.<br><br>ALL WEB LEADS, INC. D/B/A INSURANCEQUOTES,<br><br>Defendant. | **Case No. 1:25-cv-1416**<br><br>**COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT**<br><br>**DEMAND FOR JURY TRIAL** |

## INTRODUCTION

1. Plaintiff, Daniel Negrete ("Mr. Negrete"), brings this action against Defendant, All Web Leads, Inc. d/b/a insuranceQuotes ("AWL"), for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq., arising from multiple unsolicited telemarketing calls made to his cellular telephone number that is registered on the National Do Not Call Registry.

## PARTIES

2. Daniel Negrete is a natural person who, at all times relevant to this Complaint, resided in Des Moines, Iowa.

3. AWL is a for-profit company with a business location at 9004 Anderson Mill Road, Unit A, Austin, Texas, 78729.

4. Whenever reference is made to Defendant herein, it is meant that Defendant acted directly, or through its officers, agents, employees, or representatives, who were acting within the actual or apparent scope of their authority.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction under 47 U.S.C. § 227(c)(5), and 28 U.S.C. §§ 1331 and 1337.

6. Venue is proper in this District pursuant to 47 U.S.C. § 227(c)(5) and 28 U.S.C. § 1391 because Defendant transacts business in this District and maintains its business address within this District.

## FACTUAL ALLEGATIONS

7. Defendant is a "person" as defined by 47 U.S.C. § 153(39).

8. Defendant is a "telemarketer" within the meaning of 47 C.F.R. § 64.1200(f)(12).

9. Plaintiff's telephone number ending in 8848 is assigned to a cellular telephone service.

10. Plaintiff's number ending in 8848 has been continuously registered on the National Do Not Call Registry since December 21, 2003.

11. Plaintiff registered his number to avoid unwanted solicitation calls.

12. The cellular telephone ending in 8848 is registered in Plaintiff's name.

13. Despite this registration, Defendant placed unsolicited telemarketing calls to Plaintiff's number without consent.

14. Specifically, on September 3, 2021, Defendant placed three separate calls to Plaintiff's number ending in 8848 for the purpose of soliciting insurance products.

15. Plaintiff never requested information about Defendant's products or services prior to receiving these calls.

16. Plaintiff never consented, expressly or impliedly, to receive telemarketing calls from Defendant.

17. Plaintiff has never had an "established business relationship" with Defendant within the meaning of 47 C.F.R. § 64.1200(f)(5).

18. The calls at issue constitute "telephone solicitations" and "telemarketing" as

defined by 47 C.F.R. § 64.1200(f)(12)–(13).

19. Defendant's repeated calls caused Plaintiff frustration, annoyance, and invasion of privacy.

## CAUSE OF ACTION

**Violations of the TCPA's National Do-Not-Call Registry Provisions**
**47 U.S.C. 227(c) and 47 C.F.R. § 64.1200(c)(2)**

20. Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

21. Plaintiff's telephone number ending in 8848 has been listed on the National Do Not Call Registry since December 21, 2003.

22. Defendant placed three solicitation calls on September 3, 2021 to Plaintiff's number despite its Do Not Call registration and without prior express invitation or permission.

23. Each of these calls separately violated 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)(2).

24. Defendant's conduct was negligent, and/or knowing and willful, thus entitling Plaintiff to statutory damages and treble damages under the TCPA.

25. Plaintiff is entitled to bring this action under 47 U.S.C. § 227(c)(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

A. An order declaring that Defendant's actions, as set out above, violate 47 U.S.C. §227(b) and (c);

B. An award of statutory damages;

C. An award of treble damages; and

D. Such other and further relief that the Court deems reasonable and just.

**JURY TRIAL DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

**GINSBURG LAW GROUP, P.C.**

Dated: 09/03/2025

By: *s/ Amy L. B. Ginsburg*

Amy L. B. Ginsburg
GINSBURG LAW GROUP, P.C.
653 W. Skippack Pike Suite 300-71
Blue Bell, PA 19422
Telephone: (855) 978-6564
Facsimile: (855) 777-0043
Email: efilings@ginsburglawgroup.com

*Attorney for Plaintiff,*
*Daniel Negrete*