**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DANIEL NEGRETE,<br><br>Plaintiff,<br><br>v.<br><br>ALL WEB LEADS, INC.<br><br>Defendant, | **Case No. 1:25-CV-01416** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniel Negrete hereby gives notice that the above captioned action is voluntarily dismissed with prejudice.

Because Defendant has not filed an answer or a motion for summary judgment, Plaintiff is entitled to dismiss this action without a court order.

**GINSBURG LAW GROUP, P.C.**

Dated: November 20, 2025

By: *_/s/ Amy L. B. Ginsburg_*

Amy L. B. Ginsburg
GINSBURG LAW GROUP, P.C.
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
Telephone: (855) 978-6564
Facsimile: (855) 777-0043
Email: aginsburg@ginsburglawgroup.com

*Attorney for Plaintiff,*
*Daniel Negrete*