## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served on All Web Leads, Inc. by way of first-class mail to the below address on this 20th day of November 2025.

All Web Leads, Inc.
9004 Anderson Mill Road
Unit A
Austin, TX 78729

*/s/Amy Ginsburg*
Amy L.B. Ginsburg, Esquire